MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5080
Facsimile: (408) 535-5066
Email: bradley.price@usdoj.gov

Attorneys for Plaintiff

FILED
FEB 2 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-00675 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER DISMISSING INFORMATION |
| BAYRON MORENO-MEJIA, | ) |
| Defendant. | ) |

In light of the government's motion, and for the reasons stated therein, the information filed under CR No. 10-00675 DLJ as to defendant Bayron Moreno-Mejia is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: Feb 24, 2011

_____
D. LOWELL JENSEN
United States District Judge

ORDER DISMISSING INFORMATION
CR 10-00675 DLJ